ARTHUR FLAWN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motions denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of ABRAHAM E. GOLDBERG for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Opening of HEGEMAN AVENUE from East Ninety-eighth Street to New Jersey Avenue, etc.   LOTUS REALTY COMPANY, Respondent, v. SILVER BELL REALTY CORPORATION, Appellant.- Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of GEORGE W. HORTON, Deceased.— Motion to resettle order granted, and resettled order signed.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

AKIBA MARGOLIN and Others, Respondents, v. DIETRICH H. WARD, Appellant.— Motion denied on condition that defendant perfect the appeal, place the case on the March calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

ALFRED E. OVERTON, Plaintiff, v. BROOKLYN TRUST COMPANY, etc., Defendant.— Motion to resettle order denied, without prejudice to apply for a vacation of the judgment entered upon the submission of the controversy, or other proceedings of which the defendant may be advised. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

LOUIS SCHLESINGER, Respondent, v. FERDINAND A. GRANER, Appellant. — Motion denied, without costs.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

ISRAEL ALTMAN, an Infant, by PHILIP ALTMAN, His Guardian ad Litem, Respondent, v. DOROTHY WALSH, Appellant.— Order affirmed, without costs.   No opinion.   Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

HARRIOT STANTON BLATCH and GEORGE HENRY EDWARDS, as Executors, etc., Respondents, v. PORT JEFFERSON ELECTRIC LIGHT COMPANY, Appellant.   JESSIE A. PURICK, as Administratrix, etc., of C. FRED PURICK, Deceased, Respondent, v. PORT JEFFERSON ELECTRIC LIGHT COMPANY, Appellant.— Defendant's insolvency and sale of its effects, with return of executions unsatisfied on judgments recovered for death, called for administration of its assets by the court through a receiver.   The order of December 8, 1916, appointing Mr. Belford as such receiver, is accordingly affirmed, with ten dollars costs and disbursements.   The prior injunction order obtained by plaintiff Blatch, having served its purpose to prevent a premature disposition of the assets of the dissolved corporation, is also affirmed, without costs.   On neither appeal has this court before it the necessary parties to pass on any questions of priorities which may hereafter be raised by appropriate steps in the sequestration proceedings. Jenks, P. J., Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred; Carr, J., not voting.